MORTIMER WILSON, ET AL. v. ROEBLING SHOP 'N BAG, ET AL.
AND ROEBLING SHOP 'N BAG, ET AL. v. NATIONAL UNION
FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

May 30, 1989.

Petition for certification denied.


AMERICAN CYANAMID CO. v. STATE OF NEW JERSEY,
DEPARTMENT OF ENVIRONMENTAL PROTECTION.

May 30, 1989.

Petition for certification denied.   (See 231 *N.J.Super.* 292)


HANOVER INSURANCE COMPANY, ETC. v. RICHARD BARTUC-
CI, D.O.

May 30, 1989.

Petition for certification denied.